UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: *Anthony Toiven*     :     Chapter 13
*Racquel Toiven*            :
                            :
                            :
        Debtor              :     Bankruptcy No.: *18-15224* ELF

## CONSENT ORDER

**AND NOW**, this _____ day of _____, 2018, in consideration of the motion of debtor(s) to extend or impose the automatic stay, and upon agreement of the parties, it is

**ORDERED**, that in light of the *two* ( 2 ) prior bankruptcy filings of debtor(s), if this case is dismissed for any reason, ~~it shall be with prejudice~~; debtor(s) shall be prohibited from filing any subsequent bankruptcy case, individually or jointly, for a period of one hundred and eighty days from the date of such dismissal, and it is further

**ORDERED**, that this Consent Order shall be effective without any further reference to its terms in any subsequent dismissal of this case, regardless of the circumstances of the dismissal, the identity of the party moving for the dismissal, or the express terms of the order dismissing the case. The dismissal of the case, in and of itself, shall be sufficient to effectuate this Consent Order and the barring of the debtor(s) from further filings in accordance with its terms.

_____           _____
JACK ~~William C. Miller~~                  Attorney for Debtor(s)
Chapter 13 Standing Trustee
                                            _____
                                            Debtor

                                            _____
                                            Debtor

Date: 11/13/18

                            _____
                            **ERIC L. FRANK**
                            **U.S. BANKRUPTCY JUDGE**